Bannister *et al. v.* Adams School Township *et al.*

---

BANNISTER ET AL. *v.* ADAMS SCHOOL TOWNSHIP, ET AL.

[No. 2,146.  Filed April 9, 1897.]

From the Madison Superior Court.  *Affirmed.*

*C. L. Henry, E. B. McMahan* and *J. A. VanOsdol*, for appellants.

*F. A. Walker* and *F. P. Foster*, for appellees.

WILEY, J.—The questions involved in this case are in all essential respects, identical with those in the case of *The First National Bank, etc.,* v. *Adams School Township et al., ante.* 375, decided by the court at the present term, and upon the authority of that case the judgment is affirmed.